IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF STRIKING
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: September 20, 2005         CASE NAME: Wesley C. Cheers v. Richard E. Morgenthaler et al.

CASE NO. : 04-136-WDS

DOCUMENT NO.: 7          DOCUMENT TITLE: Order

One of the following errors/deficiencies has been identified in the document listed above:

☐     Document entered in wrong case
☐     Document linked incorrectly
☐     Incorrect document type selected (PDF and event do not match)
☐     Certificate of Service is missing
☒     Other: This case is assigned to Judge Stiehl.  Judge Foreman signed the Order and the wrong judge's initials are listed on the case number.
***IMAGE HAS BEEN DELETED AND REPLACED WITH THIS NOTICE.

## ACTION TAKEN BY CLERK'S OFFICE

☒     Docket entry "STRICKEN" as ordered by the Court

## ACTION REQUIRED BY FILER

☒     Document must be re-filed
☐     Amended document must be filed and re-noticed, if applicable

                                        Norbert G. Jaworski
                                        Clerk of Court


                                        By: s/Diane Rodenberg